# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
)
)
v.       )       1:12-CR-00072 AWI-DLB
)
)
SAMUEL STONE       )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
      (**X**) Ad Prosequendum          ( ) Ad Testificandum.
Name of Detainee:       Samuel Stone
Detained at (custodian):       USP Lewisburg

Detainee is:   a.)   (**X**) charged in this district by:
             (**X**) Indictment      ( ) Information      ( ) Complaint
             Charging Detainee With:   **18 U.S.C. § 1118(a)-Murder by Federal Prisoner Service Life Sentence; 18 U.S.C. §1111(a)-First Degree Murder**

   or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ( ) return to the custody of detaining facility upon termination of proceedings
   or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Elana S. Landau
Printed Name & Phone No: Elana S. Landau/ 559-497-4000
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
      (**X**) Ad Prosequendum          ( ) Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

March 26, 2012                   /s/ *Dennis L. Beck*
Date                         United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | n/a | Male X | Female |
| Booking or CDC #: | BOP: 44823-008 | DOB: | 7-17-1979 |
| | Release Date: None. Serving Life Sentence | Race: | American Indian |
| | | FBI #: | 530979HB7 |
| Facility Phone: | | | |
| Currently Incarcerated For: | IIII Second Degree Murder | | |

**RETURN OF SERVICE**

Executed on _____ by _____       _____
                                                                  (Signature)

K:\DLB\To_Be_Signed\12cr72.o.Writ.wpd
Form Crim-48                                                        Revised 11/19/97