IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SAMUEL STONE,<br><br>    Defendant. | NO 1. 12-CR-00072 AWI DLB<br><br>**ORDER GRANTING PRO HAC VICE APPLICATION** |

    The court has read and considered the application of Donald R. Knight for admission to practice Pro Hac Vice under the provisions of Local Rule 83-180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Donald R. Knight's application for admission to practice Pro Hac Vice is GRANTED.

IT IS SO ORDERED.

Dated:   August 3, 2012                                          _____
                                                                                  CHIEF UNITED STATES DISTRICT JUDGE