UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
AT FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR12-0072-JCC |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| SAMUEL STONE, | |
| Defendant. | |

A status conference in this case is set for Thursday, October 11, 2012 at 10:00 a.m. in courtroom 3 in the U.S. District Court for the Eastern District of California at Fresno, 2500 Tulare Street, Fresno, CA 93721. The attorneys responsible for trying the case should attend the conference and be prepared to discuss the status of discovery and a time schedule for its completion, an estimate of the number of days needed for trial, the date by which the case will be ready for trial, and all other case management issues.

//
//
//
//
//
//

1  DATED this 26th day of September 2012.

John C. Coughenour  
UNITED STATES DISTRICT JUDGE

ORDER SETTING STATUS CONFERENCE  
PAGE - 2