| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12-CR-0072-JCC-GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER REGARDING PROPOSED** |
| | ) | **PROTECTIVE ORDER** |
| SAMUEL STONE, | ) | |
| | ) | (Doc. 61) |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

On March 4, 2013, the United States filed a proposed protective order. (Doc. 61). The Court will not adopt this order without the signature of defense counsel agreeing to its terms. Additionally, there is no exhibit attached requiring the signature of individuals who are viewing the protected materials to acknowledge he or she has read the Court's order and agrees to its terms. Paragraph three of the proposed order shall also be amended to include the following language bolded below :

> Documents produced in response to this Protection Order shall be segregated from other discovery in the files of defense counsel and be kept in a folder or envelope designating the contents as "Protected Information" for "Defense Attorneys Only". These documents shall be sequestered so that they may be viewed only by the attorneys representing Mr. Stone, and only those experts working under their supervision on this case to which the information would be pertinent. Each person who views the documents shall be given a copy of this order **and sign a document acknowledging that they have read it and agree to its terms**. Neither Mr. Stone nor any other individual not mentioned in this order shall have access to these documents or the information contained in them, either directly or indirectly. Defense counsel shall maintain a list of individuals who view these documents. At the conclusion of these proceedings, defense counsel shall file that list with the Court, ex parte and under seal.

1 | The Court will reconsider signing this order once these issues have been addressed.
2 | IT IS SO ORDERED.
3 | Dated:  March 13, 2013                    /s/ Gary S. Austin
  |                                           UNITED STATES MAGISTRATE JUDGE