DONALD ROBERT KNIGHT, Pro Hac Vice
Knight & Moses, LLC
7852 South Elati Street, Suite 201
Littleton, Colorado
Telephone: 303-797-1645
Facsimile: 303-730-0858
E-mail: don@knightandmoses.com

JOSEPH SCHLESINGER, SB #87692
Acting Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Counsel
ALEXANDRA NEGIN
Assistant Federal Defender, SB#250376
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: 916-498-6666
Facsimile: 916-498-6656
E-mail: tim_schardl@fd.org
lexi_negin@fd.org

Attorneys for Defendant
SAMUEL RICHARD STONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SAMUEL RICHARD STONE,<br><br>　　　　　Defendant. | **Case No. 1:12-CR-00072-JCC-GSA**<br>**DEATH PENALTY CASE**<br><br>**STIPULATED PROTECTIVE ORDER** |

**I.　Introduction & Scope of Order**

　　On February 5th and 6th, 2013, the Government agreed to provide to the attorneys for Mr. Stone certain information in the possession of the Federal Bureau of Prisons ("BOP"). The Government's agreement to provide these documents was subject to the parties crafting a

protective order that would be responsive to the BOP's concerns related to confidentiality and security.

This order shall apply to documents and electronically stored information which the BOP designates as needing protection either by copying documents on blue paper, or labeling or designating documents or files as subject to this Protective Order at the time of inspection or electronic transfer, which are to be produced to the Defendant following the filing of Defendant's initial Motion to Compel Production of Documents (Doc. 34), the Government's Response thereto (Doc. 41) and the Defendant's Reply (Doc. 49), and the hearings regarding discovery in this case held on February 5th and 6th, 2013.

**Sequestration & Embargo Provisions**

1. The person or persons who, on behalf of the Government, produce electronically stored information to the Defendant shall make an identical copy of the produced records on the same digital storage medium used in discovery, unless the records are made available through a web site or are transmitted FTP via the internet, in which case, if the data compilation is produced to Defendant in personal computer files, the copy shall be made on a compact disk (CD), and if the data are created using an IBM Mainframe, that copy shall be made either on tape reels or tape cartridges.

2. All documents produced to the Defendant shall be marked in the lower right-hand corner, or some other uniform place, with sequential numbering that will enable them to be identified as documents covered by this Protective Order. Each document the Government seeks to have covered by this Protective Order shall be copied on either blue paper or otherwise plainly designated as subject to the terms of this Protective Order.

3. Counsel for the Defendant shall maintain all documents and electronically stored information covered by this Order in such a way that it may not be viewed by any person except counsel for the defendant and those experts and investigators who are working with defense counsel in this case, and also the defendant himself subject to the provisions set forth in Paragraph 6, infra.

4. Defense counsel shall be responsible for developing a method for identifying by a numeric code each person as to whose identifying information (such as social security number or other personal identification information) is produced to the Defendant on blue paper. As to each such person, there shall be no references made to them in the public record of this case except by code designation, or as provided in Paragraph 5, infra. Defense counsel shall file under seal, and serve on counsel for the Government, a key correlating the code designation of each person with his or her name. Except as provided in Paragraph 5, infra, the key shall not be disclosed or communicated to any person other than counsel for the parties, their experts, or persons working under their direct supervision in connection with the litigation of this case.

5. None of the documents or electronically stored information produced to defense counsel pursuant to this Protective Order, and no personal identifying information contained therein or derived therefrom, shall be revealed to any other person other than identified in paragraph 3 above without prior authorization of the Court, obtained upon motion filed pursuant to fifteen days' notice and served on counsel for the Government, or upon prior agreement by the Government.

6. None of the documents or electronically stored information produced to defense counsel pursuant to this Protective Order, and no personal identifying information contained therein or derived therefrom, may be possessed by the Defendant himself. This provision and Paragraph 5, supra, does not preclude defense counsel from reviewing and discussing these documents with Mr. Stone.

7. Except as provided in Paragraphs 4 and 5, supra, none of the materials produced to the Defendant on blue paper, and no information contained therein which identifies individuals shall be transferred, revealed, or used in any way or for any purpose except in connection with the litigation of this case.

8. This Order shall remain in effect after the conclusion of trial, and through any appeal and post-conviction proceedings on behalf of the defendant.

The terms and conditions of this Protective Order are stipulated to by the parties hereto dated this 3rd day of April, 2013.

*/s/ Donald R. Knight*
DONALD R. KNIGHT
Learned Counsel

*/s/ Joseph Schlesinger*
JOSEPH SCHLESINGER
Acting Federal Defender

*/s/ Tivon Schardl*
TIVON SCHARDL
Trial & Habeas Attorney

*/s/Alexandra Negin*
ALEXANDRA NEGIN
Assistant Federal Defender

ATTORNEYS FOR
SAMUEL RICHARD STONE

*/s/ Elana Landau*
ELANA LANDAU
ASSISTANT UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY

*/s/ Jacabed Rodriguez-Coss*
US DEPARTMENT OF JUSTICE
TRIAL ATTORNEY

ATTORNEYS FOR THE UNITED STATES OF AMERICA

IT IS SO ORDERED.

Dated:  **April 4, 2013**          **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE