# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:12-cr-00072-JCC-GSA |
| Plaintiff, | ) | |
| v. | ) | **ORDER EXTENDING TIME TO FILE MOTION TO COMPEL** |
| SAMUEL STONE | ) | |
| Defendant | ) | (Doc. 74) |

Having reviewed the stipulation of the parties filed on April 8, 2013 the Motion for Extension of Time to file a Motion to Compel is GRANTED nunc pro tunc. The new briefing schedule is:

1. Motion to Compel Due April 22, 2013 by 5:00 p.m.
2. Government Opposition due April 29, 2013 by 5:00 p.m.
3. Defense Reply due May 3, 2013 by 5:00 p.m.
4. Hearing on Motion to Compel May 9, 2013 at 10:00 a.m.

1

IT IS SO ORDERED.

Dated:   **April 9, 2013**                             **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE