1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
AT FRESNO

9  UNITED STATES OF AMERICA,

10                                    Plaintiff,

11              v.

12  SAMUEL STONE,

13                                    Defendant.

14

CASE NO. CR12-0072-JCC

**DEATH PENALTY CASE**

ORDER REGARDING
SCHEDULING CONFLICT

15          This matter comes before the Court on Defendant Samuel Stone's notice of scheduling

16  conflict (Dkt. No. 68). The Court hereby INFORMS the parties that the Honorable Philip M. Pro

17  has advised counsel in *United States v. Joseph Cabrera Sablan & James Ninete Leon Guerrero*,

18  Case No. CR08-0259-PMP, that the Court will reconsider the July 7, 2014 trial date in that case

19  in light of the conflict with the trial date in the above-captioned case. (CR08-0259-PMP Dkt. No.

20  586.) Trial of the above-captioned matter remains set for September 15, 2014.

21  //

22  //

23  //

24  //

25  //

26  //

DATED this 15th day of May 2013.

John C. Coughenour
UNITED STATES DISTRICT JUDGE